```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 05162
   YUN K KELLY
                                                  CHAPTER 13

                                                  JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-7819


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     The case was filed on 03/22/2007 and was not confirmed.

     The case was dismissed without confirmation 08/23/2007.
----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------------
HOMEQ SERVICING CORP      CURRENT MORTG          .00           .00           .00
HOMEQ SERVICING CORP      SECURED NOT I      5129.70           .00           .00
HOMEQ SERVICING CORP      UNSECURED        NOT FILED           .00           .00
HOMEQ SERVICING CORP      SECURED NOT I         .00            .00           .00
HOMEQ SERVICING CORP      CURRENT MORTG         .00            .00           .00
JAROS TITTLE & OTOOLE     NOTICE ONLY      NOT FILED           .00           .00
JAROS TITTLE & OTOOLE     NOTICE ONLY      NOT FILED           .00           .00
HOMEQ SERVICING CORP      UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          1775.70           .00           .00
HOUSEHOLD FINANCE CORPOR  UNSECURED          7731.44           .00           .00
HFC                       NOTICE ONLY      NOT FILED           .00           .00
MILITARY STAR             UNSECURED        NOT FILED           .00           .00
RBSNB                     UNSECURED          5412.84           .00           .00
AMERICAN EXPRESS BANK     UNSECURED           905.93           .00           .00
GE CONSUMER FINANCE       UNSECURED           963.05           .00           .00
PAUL M BACH               DEBTOR ATTY         750.00                      698.25
TOM VAUGHN                TRUSTEE                                          51.75
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                    750.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     698.25
TRUSTEE COMPENSATION                                51.75
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                     750.00                  750.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 05162 YUN K KELLY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
  Dated: 12/05/07              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 07 B 05162 YUN K KELLY
```